IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| G.E. CATTLE, INC., a Nebraska, corporation, and CURREYS OF NEBRASKA, LLC, a Nebraska corporation,<br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>UNITED PRODUCERS, INC., an Ohio corporation,<br><br>　　　　　Defendant. | Case No. 8:01CV557<br><br>ORDER<br>TO WITHDRAW EXHIBITS<br>OR TO SHOW CAUSE WHY<br>EXHIBITS SHOULD NOT BE<br>DESTROYED |
| LOREN E. ECKERT and MARY A. ECKERT, Husband and Wife, and ELKHORN VALLEY BANK & TRUST COMPANY,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>UNITED PRODUCERS, INC., an Ohio corporation,<br><br>　　　　　Defendant. | Case No. 8:02CV566<br><br>ORDER<br>TO WITHDRAW EXHIBITS<br>OR TO SHOW CAUSE WHY<br>EXHIBITS SHOULD NOT BE<br>DESTROYED |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for plaintiff shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Plaintiff's Exhibits  - Jury Trial  - September 7-10, 2004

If counsel  fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits

without further notice to the parties or order from the court.

      IT IS SO ORDERED.

      DATED this 12th day of May, 2010.

s/ Lyle E. Strom<br>
United States District Judge

            proc\Exhibits\Form-Order to Withdraw or OSC Destroy, appeal time expired.wpd
                                            Approved 02/15/07